UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE

Paul Blackmer

    v.                                                  C.A. 18-cv-188-JJM

United States District Court for the
State of New Hampshire

## ORDER

The Findings and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on April 20, 2018 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). The Plaintiff's action is dismissed pursuant to 28 U.S.C. § 1915A(b) for failure to state any viable legal claim upon which relief may be granted.

_____
John J. McConnell, Jr.
United States District Judge
May 17, 2017